**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| QUITA MORGAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-02372 |
| | : | |
| SUNOCO LOGISTICS PARTNERS GP LLC, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 12th        day of March, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 23), Defendant's Memorandum of Law in Support of Defendant's Motion (ECF No. 23-1), Defendant's Statement of Undisputed Material Facts (ECF No. 23-2), Plaintiff's Opposition to Defendant's Motion (ECF No. 29), Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (ECF No. 29-1), Defendants Reply Brief in Further Support of its Motion for Summary Judgment (ECF No. 32), Defendants Reply to Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Response to Plaintiff's Statement of Additional Material Facts (ECF No. 34), **IT IS HEREBY ORDERED** as follows:

1.     Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of race in violation of 42 U.S.C. § 1981 is **GRANTED**.

2.     Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of race in violation of Title VII is **GRANTED**.

3.      Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of race in violation of the Pennsylvania Human Relations Act is **GRANTED**.

4.      Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of gender in violation of 42 U.S.C. § 1981 is **GRANTED**.

5.      Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of gender in violation of Title VII is **GRANTED**.

6.      Defendant's Motion for Summary Judgment (ECF No. 23) on Plaintiff's termination of employment contract on the basis of gender in violation of the Pennsylvania Human Relations Act is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge